**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Daniel D. Domenico**

Civil Action No. 1:20-cv-03523-DDD-NYW

IBRAHIM DALIS,

    Plaintiff,

v.

LYFT, INC.,

    Defendant.

---

**ORDER ADOPTING MAGISTRATE JUDGE'S RECOMMENDATION**

---

Before the court is the recommendation (Docs. 24) of United States Magistrate Judge Nina Y. Wang that the court (1) administratively close this action pursuant to D.C.COLO.LCivR 41.2, subject to reopening for good cause; and (2) order that, within six months of an order administratively closing this action, Plaintiff must either move to reopen this action for good cause or show cause why this action should not be dismissed without prejudice for failure to prosecute. The recommendation states that objections to the recommendation must be filed within fourteen days after its service on the parties. (Doc. 24 at 5n.2 (citing 28 U.S.C. § 636(b)(1); Fed. R. Civ. P. 72(b).) The recommendation was mailed and docketed March 4, 2021, and no party has objected to the recommendation.

In the absence of a timely objection, the court may review a magistrate judge's recommendation under any standard it deems appropriate. *Summers v. Utah*, 927 F.2d 1165, 1167 (10th Cir. 1991) (citing *Thomas v. Arn*, 474 U.S. 140, 150, 154 (1985)). In this matter, the court has

- 1 -

reviewed the recommendation to satisfy itself that there is "no clear error on the face of the record." Fed. R. Civ. P. 72(b) Advisory Committee Notes. Based on that review, the court has concluded that the recommendation is a correct application of the facts and the law. As Judge Wang explained, administrative closure makes sense in light of Plaintiff's ongoing health issues. Plaintiff can reopen the case at a later date if need be.

Accordingly, it is **ORDERED** that the Report and Recommendation (Docs. 24) is **ACCEPTED** and **ADOPTED**. It is further **ORDERED** that this action is **ADMINISTRATIVELY CLOSED** subject to reopening for good cause; and within six months of the date of this order, Plaintiff must either move to reopen this action for good cause of show cause why this action shouldn't be dismissed for lack of prosecution. The clerk is directed to administratively close the case.

DATED: March 26, 2021    BY THE COURT:

Hon. Daniel D. Domenico